UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>DANIEL KAMEN )<br>) | CRIMINAL NO. 04-10384-PBS<br>VIOLATIONS<br>18 U.S.C. §2252(a)(2)<br>Receipt of Child Pornography |

## INDICTMENT

COUNT ONE: 18 U.S.C. §2252(a)(2) - Receipt of Child Pornography

The Grand Jury charges that:

On or about December 6, 2004, at Chelmsford, in the District of Massachusetts, and elsewhere,

DANIEL KAMEN,

defendant herein, did knowingly receive visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions being of such conduct, that is, three videotapes labeled "Kissing Cousins," "Boys will be Boys," and "Boys and Girls."

All in violation of Title 18, United States Code, Section 2252(a)(2).

1

## NOTICE OF ADDITIONAL FACTORS

**COUNT ONE:**

The Grand Jury further finds with respect to Count One that:

1. The defendant's conduct was limited to the receipt or solicitation of material involving the sexual exploitation of a minor; and the defendant did not intend to traffic in, or distribute, such material, as described in U.S.S.G. § 2G2.2(b)(1) (November 1, 2004 Manual).

2. The material involved a prepubescent minor and a minor who had not attained the age of 12 years, as described in U.S.S.G. § 2G2.2(b)(2) (November 1, 2004 Manual).

## FORFEITURE ALLEGATION
### (18 U.S.C. § 2253(a)(3) -- Criminal Forfeiture)

18 U.S.C. § 2253(a) – Criminal Forfeiture

  1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

  2. Upon conviction on Count One hereof, the defendant Daniel Kamen shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result fo the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

  All in violation of Title 18, United States Code, Section 2253(a)(3).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December ___22___, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12/22/04 3:10

4

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Chelmsford    **Category No.** II    **Investigating Agency** USPIS

**City** Chelmsford    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    04-m00082-LPC
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Daniel Kamen    Juvenile ☐ Yes  ☒ No

**Alias Name** _____

**Address** 82 Brick Kiln Road, Building 10, Apartment 104, Chelmsford, MA

**Birth date (Year only):** 1980  **SSN (last 4 #):** 1494  **Sex** m  **Race:** _____  **Nationality:** U.S.

**Defense Counsel if known:** Peter Elikann    **Address:** 93 Beacon Street
                                                             Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Dena T. Sacco    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  one

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 22, 2004    **Signature of AUSA:** /s/ Dena T. Sacco

℅JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Daniel Kamen

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 2252(a)(2) | receipt of child pornography | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**