UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No. 04-10384 |
| ) | |
| **DANIEL KAMEN** ) | |

## GOVERNMENT'S MOTION TO UNSEAL
## INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be

unsealed. In support of this motion, the government states that the defendant was arrested on

December 23, 2004, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: Dena Sacco
Dena T. Sacco
Assistant U.S. Attorney

Date: December 28, 2004

