# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

| UNITED STATES V. DANIEL KAMEN | | | | | EXHIBIT AND WITNESS LIST<br><br>Case Number: 04-10384 PBS | |
|---|---|---|---|---|---|---|
| PRESIDING JUDGE<br>COHEN | | | PLAINTIFF'S ATTORNEY<br>SACCO | | DEFENDANT'S ATTORNEY<br>ELIKANN | |
| TRIAL DATE (S)<br>12/28/04 | | | COURT REPORTER | | COURTROOM DEPUTY<br>MS | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 12/28/04 | | X | ORDER FORM - LISTINGS | |
| 2 | | 12/28/04 | | X | VIDEO DESCRIPTIONS | |
| 3 | | 12/28/04 | | X | ORDER FORM-SELECTIONS | |
| 4 | | 12/28/04 | | X | INTERVIEW OF DANIEL KAMEN | |
| 5 | | 12/28/04 | | X | SWORN STATEMENT OF DANIEL KAMEN | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages