AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

DANIEL KAMEN

**WARRANT FOR ARREST**

CASE NUMBER: 04-10384-PBS

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 DEC 22 P 4:02

YOU ARE HEREBY COMMANDED to arrest _____DANIEL KAMEN_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
knowing receipt of child pornography

in violation of Title __18__ United States Code, Section(s) __2252(a)(2)__

_Sheila A. Jakes_
Name of Issuing Officer

_Sheila Jakes_ (signature)
Signature of Issuing Officer

_Operations Supervisor_
Title of Issuing Officer

_12-22-04 - Boston, Ma_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY _Postal_ |
| ARREST/ARRAIGNMENT OF THE DEFENDANT ON _/__/04_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.