UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 04-10384-PBS |
| DANIEL KAMEN | ) |

**ASSENTED TO MOTION TO EXCLUDE TIME**

The United States hereby requests that the Court exclude from calculation under the Speedy Trial Act the time period from December 28, 2004 through April 28, 2005 in the above-captioned matter in the interests of justice due to the automatic discovery period, the reassignment of this case from Judge Cohen, and the defendant's ongoing consideration of dispositive motions. Defense counsel already gave his assent to this request in the Joint Report filed by the parties under Rule 116.5(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Dena T. Sacco
DENA T. SACCO
Assistant U.S. Attorney

Dated: March 14, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Peter Elikann
>93 Beacon Street
>Boston, MA 02108

This 14th day of March, 2005.

>/s/ Dena Sacco
>Dena T. Sacco
>ASSISTANT UNITED STATES ATTORNEY