```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             ) Criminal No.  04-10384-PBS
          v.                 )
DANIEL KAMEN                 )
```

## ASSENTED TO MOTION TO EXCLUDE TIME

The United States hereby requests that the Court exclude from calculation under the Speedy Trial Act the time period from May 26, 2005 through June 27, 2005 in the above-captioned matter in the interests of justice. Defense counsel gave his assent to this request at the status conference on May 26, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
/s/ Dena T. Sacco
DENA T. SACCO
Assistant U.S. Attorney

Dated: June 1, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

      Peter Elikann
      93 Beacon Street
      Boston, MA 02108

This 1st day of June, 2005.

          /s/ Dena T. Sacco
          Dena T. Sacco
          ASSISTANT UNITED STATES ATTORNEY