UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10384-PBS |
| | ) | |
| DANIEL KAMEN, | ) | |
|     Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF PAUL R. MOORE

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United States of America in the above-captioned matter.

                                                    Respectfully submitted,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

                                By:    /s/ Paul R. Moore
                                           PAUL R. MOORE
                                           Assistant U.S. Attorney
                                           1 Courthouse Way, Suite 9200
                                           Boston, MA 02210
Date: June 8, 2005                        (617) 748-3654

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                Boston, Massachusetts
                                                                    June 8, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, Peter Elikann, Esq., by first class mail.

                                                            /s/ Paul R. Moore
                                                            Paul R. Moore
                                                            Assistant U.S. Attorney