UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-10384-PBS |
| v. | ) |
| DANIEL KAMEN | ) |

WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned counsel for the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Dena T. Sacco
DENA T. SACCO
Assistant U.S. Attorney

Case 1:04-cr-10384-PBS   Document 19   Filed 06/29/2005   Page 2 of 2