UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10384-PBS |
| | ) | |
| DANIEL KAMEN, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE TIME**

     The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, DANIEL KAMEN, by and through his counsel, Peter Elikann, Esq., jointly move pursuant to United States Code §3161(h)(8)(A) that the period from June 27, 2005, the date on which an Interim Status Conference was held in this matter, up to and including July 27, 2005, the date on which a Final Status Conference was held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried.  As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial.  Therefore, it is in the interests of justice that the current motion be allowed.

     WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from June 27, 2005, through July 27, 2005.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:    /s/ Paul R. Moore
          Paul R. Moore
          Assistant U.S. Attorney


          DANIEL KAMEN
          Defendant

By:    /s/ Peter Elikann
          Peter Elikann, Esq.
          Counsel for DANIEL KAMEN

DATE: July 28, 2005