UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

CRIMINAL NO. 04-CR-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN,
Defendant

_____

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for the defendant Daniel Kamen.

Respectfully submitted,

/s/ Charles W. Rankin

_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
1 Commercial Wharf North
Boston, MA 02110
(617) 720-0011