UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
in Open Court
USDC. Mass.
Date 10/24/05
By_____
Deputy Clerk

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 04-10384-PBS
)
DANIEL KAMEN, )
      Defendant. )
)

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

The parties hereby report that:

1. The government has provided and made available to the defendant all discovery. There remain certain discovery requests by the defendant to which the government has responded and about which the defendant may file additional motions.

2. Neither of the parties anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. At this time, the defendant does not anticipate filing any motions requiring a ruling by the District Court before trial, other than any motion regarding discovery and which may be ruled on by this Court. The defendant does, however, reserve the right to file other motions in this matter.

6. The parties have discussed the possibility of an early resolution to the case but remain

   short of such a resolution and consider a trial to be likely.

7. The parties hereby agree to the periods already excluded by order of this Court.


Respectfully submitted,                     Respectfully submitted,

MICHAEL J. SULLIVAN                         DANIEL KAMEN
United States Attorney                      Defendant
By:                                         By:


/s/ Paul R. Moore                           /s/ Charles Rankin
Paul R. Moore                               Charles Rankin, Esq.
Assistant U.S. Attorney                     Counsel for the Defendant


DATE:       October 24, 2005