UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10384-PBS |
| | ) | |
| DANIEL KAMEN, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, DANIEL KAMEN, by and through his counsel, Charles Rankin, Esq., and Peter Elikann, Esq., jointly move pursuant to United States Code §3161(h)(8)(A) that the period from December 20, 2005, the date after which a Further Status Conference was held in this matter, up to and including February 6, 2006, the date on which a Final Status Conference will be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from December 20, 2005, through February 6, 2006.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Paul R. Moore
      Paul R. Moore
      Assistant U.S. Attorney


          DANIEL KAMEN
          Defendant

By:   /s/ Charles Rankin
      Charles Rankin, Esq.
      Peter Elikann, Esq.
      Counsel for DANIEL KAMEN

DATE: December 19, 2005