UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

**DEFENDANT'S MOTION TO SUPPRESS**

Daniel Kamen, defendant in the above-captioned case, hereby moves this Court, pursuant to the Fourth Amendment to the United States Constitution, to suppress all evidence obtained as a result of an unlawful search on December 6, 2004. The grounds for this motion are set forth in detail in the Memorandum of Law filed herewith.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Jonathan Harwell, BBO #662764
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 17, 2006.

/s/ Charles W. Rankin
_____
Charles W. Rankin