UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                     CRIMINAL ACTION
                                                     NO.   04-10384-PBS

v.

DANIEL KAMEN

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                March 20, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Suppress on **April 28, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                  By the Court,

                                                                    /s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel