UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

           CRIMINAL ACTION
           NO.   04-10384-PBS

v.

DANIEL KAMEN

**NOTICE OF RESCHEDULED MOTION HEARING**

SARIS, U.S.D.J.                                                                           March 20, 2006

      The Motion Hearing re Motion to Suppress previously scheduled for April 28, 2006, has been **rescheduled** to **April 10, 2006, at 3:00 p.m.**

                                                                       By the Court,

                                                                        /s/ Robert C. Alba
                                                                       Deputy Clerk

Copies to:  All Counsel

resched.ntc