UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04–10384–PBS |
| | ) | |
| | ) | |
| DANIEL KAMEN, | ) | |
| Defendant | ) | |

## GOVERNMENT'S PROPOSED LIST OF TRIAL EXHIBITS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List in the above-captioned matter.  The government reserves the right to supplement, modify, or withdraw from this list.

| ID | Exhibit |
|---|---|
| 1 | Copy of written solicitation from undercover inspector to defendant |
| 2 | Copies of mailing envelope, product list and blank order form with disclaimer |
| 3 | Copies of return envelope from defendant to undercover inspector; completed order form with disclaimer; and sixty-five dollars ($65.00) in United States currency |
| 4. | Copies of undercover correspondence; mailing envelopes; product list; blank order form with disclaimer; return envelope from defendant to undercover inspector; completed order form with disclaimer; and sixty-five dollars ($65.00) in United States currency, all initialed by defendant during post-arrest interview |
| 5. | Videotape labeled "Kissing Cousins," taken from defendant's residence |

6. Videotape labeled "Boys will be Boys," taken defendant's residence

7. Videotape labeled "Boys and Girls," taken from defendant's residence

8. Copies of three (3) video tapes and evidence tag

9. Sworn statement written and signed by defendant after post-arrest interview

10. Photographs of minors taken during search of defendant's apartment

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Paul R. Moore
      Paul R. Moore
      Assistant United States Attorney

June 29, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys for defendant, on June 29, 2006, by electronic filing.

          /s/ Paul R. Moore
          Paul R. Moore
          Assistant United States Attorney