UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10384-PBS |
| | ) | |
| | ) | |
| DANIEL KAMEN, | ) | |
| Defendant | ) | |

## GOVERNMENT'S PROPOSED PROSPECTIVE TRIAL WITNESSES

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully submits the following proposed prospective trial witness list:

1. United States Postal Inspector Scott Kelley.
   Boston, Massachusetts.

2. United States Postal Inspector Richard Irvine
   Boston, Massachusetts.

3. Chelmsford Police Detective Craig Walsh.
   Chelmsford, Massachusetts.

4. United States Postal Inspector Tom Kochman
   Harrisburg, Pennsylvania

4. John Madama, Digital Imaging Specialist (notice provided on 3/7/2006)
   16 Rocky Neck Ave., Gloucester, MA 01930

5. Dr. Celeste R. Wilson, M.D., Pediatric Physician (notice provided on 3/7/2006)
   Children's Hospital-Boston, 300 Longwood Ave., Boston, MA 02115

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                 By:    /s/ Paul R. Moore
                                              Paul R. Moore
June 29, 2006                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys for defendant, on June 29, 2006, by electronic filing.

                                          By:    /s/ Paul R. Moore
                                                    Paul R. Moore
                                                      Assistant United States Attorney