UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

## DEFENDANT'S MOTION FOR RECONSIDERATION

Daniel Kamen, defendant in the above-captioned case, hereby moves this Court for reconsideration of its June 20, 2006 Memorandum and Order (Docket No. 46), denying his Motion to Suppress (Docket No. 36). The grounds for this motion are set forth in detail in the Memorandum of Law filed herewith.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Jonathan Harwell, BBO #662764
Michelle Menken, BBO #644537
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 10, 2006.

/s/ Charles W. Rankin
_____
Charles W. Rankin