UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

**STATUS REPORT RE TRIAL DATE**

Daniel Kamen, defendant in the above-captioned case, submits this status report regarding the trial date. After the most recent conference with the parties, the Court directed the trial to start either October 23 or October 30, depending on witness availability. Dr. Irwin Goldstein, the defendant's treating urologist, is available to testify on October 31. The defendant therefore requests that the trial commence on October 30. Given the parties' efforts to streamline the trial, the defendant believes that he will be presenting his case on October 31, and thus meet Dr. Goldstein's schedule.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

/s/ Charles W. Rankin

_____
Charles W. Rankin, BBO #411780
Jonathan Harwell, BBO #662764
Michelle Menken, BBO #644537
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 8, 2006.

                                                /s/ Charles W. Rankin
                                                _____
                                                Charles W. Rankin