UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10384-PBS

v.

DANIEL KAMEN

## NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.                                                                                    October 11, 2006

At the request of the defendant, the Jury Trial has been **rescheduled** to **October 30, 2006, at 9:00 a.m.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel via ECF

resched.ntc