UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

**DEFENDANT'S WITNESS LIST**

Daniel Kamen, defendant in the above-captioned case, submits this list of potential witnesses:

1.    Dr. Irwin Goldstein, M.D., Milton, Massachusetts (urologist);

2.    Dr. Carol Ball, Arlington, Massachusetts (psychologist);

3.    Dr. Donald Rounds, Belmont, Massachusetts (neuropsychologist); and,

4.    Helene Kamen, Lexington, Massachusetts (defendant's mother).

The defendant reserves the right to call as witnesses any of the persons on the government's witness list.  The defendant reserves the right to supplement this list as appropriate.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Jonathan Harwell, BBO #662764
Michelle Menken, BBO #644537
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 27, 2006

/s/ Charles W. Rankin
_____
Charles W. Rankin