UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the defendant Daniel Kamen moves that the Court question the venire as follows:

1. Are you or is any member of your family now employed by a law enforcement agency? Have you, or has any member of your family in the past been employed by a law enforcement agency? If so, how? If so, would that fact make it difficult for you to decide this case based on the evidence presented and the Court's instructions on the law?

2. Have you, or has any member of your family, been involved as a victim, witness, or a defendant in any criminal case? If so, please describe that experience. Would that experience make it difficult for you to decide this case based on the evidence presented and the Court's instructions on the law?

3. Do you have any feelings about people charged with committing a crime that would make it difficult for you to decide this case based on the evidence presented and the Court's instructions on the law?

3. Do you have any feelings about lawyers who defend people charged with committing

a crime that would make it difficult for you to decide this case based on the evidence presented and the Court's instructions on the law?

4. Do you have any children under the age of 18? If so, would that fact make it difficult for you to decide this case based on the evidence presented and the Court's instructions on the law?

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

/s/ Charles W. Rankin
_____

Charles W. Rankin, BBO #411780
Jonathan Harwell, BBO #662764
Michelle Menken, BBO #644537
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 30, 2006

/s/ Charles W. Rankin
_____
Charles W. Rankin

2