UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

**DEFENDANT'S MOTION IN LIMINE**

The defendant Daniel Kamen moves that the Court prohibit the government from eliciting evidence that the defendant has at various times preceding his arrest worked in a day care center. Admission of such evidence would be unduly prejudicial, and such evidence does not bear on any issue legitimately before the jury.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

/s/ Charles W. Rankin

_____
Charles W. Rankin, BBO #411780
Jonathan Harwell, BBO #662764
Michelle Menken, BBO #644537
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 30, 2006

                                        /s/ Charles W. Rankin
                                        _____
                                        Charles W. Rankin