UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

No. 04-10384-PBS

UNITED STATES

v.

DANIEL KAMEN

**DEFENDANT'S MOTION FOR A REQUIRED FINDING**

Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, the defendant Daniel Kamen moves that the Court enter a required finding for the defendant on the grounds that the government has failed to prove each element beyond a reasonable doubt.

Respectfully submitted
The defendant Daniel Kamen
By his attorney

Charles W. Rankin
BBO No. 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011