PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

Daniel Kamen                               Docket No.#04-10384-01-PBS

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant Daniel Kamen, who was released on bail by the Honorable Lawrence P. Cohen on December 30, 2004 under the following conditions:

1. Electronic Monitoring.
2. Third party custody to his mother, Helene Kamen.
3. Do not obtain a passport.
4. Travel restricted to District of Massachusetts.
5. Maintain residence at 99 Burlington St., Lexington, MA.
6. No use or unlawful possession of a narcotic drug.
7. No use or possession of any computer or any device that has internet access.
8. Notify Pretrial Services of any arrest within 24 hours.
9. No minor children allowed to enter mother's residence

And respectfully seeks action by the Court for violations that include:

Incurring new criminal charges to include shoplifting and possession of illegal narcotics (marijuana).

PLEASE REFER TO THE ATTACHED MEMORANDUM

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

\_\_\_\_  Issue a Warrant

\_\_\_\_  Issue a Summons for the defendant to appear for a show cause hearing

\_X\_ Other:
**Amend the present conditions of release as follows:**
**1. Home Incarceration (removing curfew imposed on August 30, 2005)**
**2. Random Drug Testing at the Discretion of Pretrial Services**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2006  Place  Boston, Massachusetts

_____Date October 26, 2006
Christopher Wylie
U.S. Pretrial Services Officer / Electronic Monitoring Specialist

ORDER OF COURT

\_\_\_\_Warrant to Issue

\_\_\_\_Summons to issue. Clerk to schedule show cause hearing.

\_\_\_\_Other: **Amend The Order Setting Conditions as Recommended Above**

Considered and ordered this_____day of_____,20\_\_\_,and ordered filed and made part of the record in the above case.

_____
Judicial Officer