AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Daniel Kamen | Case Number: 04-CR-10384-PBS |

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Paul Moore | DEFENDANT'S ATTORNEY<br>Charles Rankin |
|---|---|---|
| TRIAL DATE (S)<br>10/30/06, 10/31, 11/1, 11/2 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/30/06 | | X | Stipulation of Fact |
| 2 | | 10/30/06 | | X | Sworn Statement of Daniel Kamen |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages