UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
NOVEMBER 2, 2006
AT 12:26 PM

```
UNITED STATES            )
                         )
       v.                )   CRIMINAL 04-10384-PBS
                         )
DANIEL KAMEN,            )
          Defendant.     )
                         )
```

**VERDICT**

Saris, U.S.D.J.

Not Guilty _____    Guilty ✓

We, the jury, unanimously concur in the above answer.

*Michele Winship*
JURY FOREPERSON

Dated: 11/2/06