UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10384-PBS |
| | ) | |
| | ) | |
| DANIEL KAMEN, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPORT OF DEFENDANT'S
MOTION TO MODIFY CONDITIONS**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully notifies the Court of its full and immediate support for the Defendant's Motion to Modify Conditions, filed on November 2, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Paul R. Moore
Paul R. Moore
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys for defendant, on November 3, 2006, by electronic filing.

By:    /s/ Paul R. Moore
Paul R. Moore
Assistant United States Attorney