UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL No. 04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

**STATUS REPORT**

Daniel Kamen, by his counsel, reports on defendant's current status:

1.     The defendant was admitted as an in-patient at McLean's Hospital on the evening of November 2, 2006.  His mother discovered him with broken glass in his room and took him to McLean's.  Dr. Carol Ball, who facilitated his admission, reports that he will remain an in-patient for at least five days.  The actual length of defendant's stay will depend on Mr. Kamen's progress, the insurance company's attitude, and the hospital's position.  Dr. Ball will formulate a release plan, in cooperation with the hospital.  Pretrial Services is aware of the situation.  Defendant's counsel will file a further status report with the Court once a release plan is in place.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

_____/s/ Charles W. Rankin_____
Charles W. Rankin, BBO 411780
Michelle Menken
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 3, 2006.


                                                   /s/ Charles W. Rankin
                                                   Charles W. Rankin