UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL No. 04-10384-PBS

_____

UNITED STATES

v.

DANIEL KAMEN

_____

**FURTHER STATUS REPORT**

Daniel Kamen, by his counsel, reports on defendant's current status:

1. The defendant expects to be discharged from McLean's Hospital on this afternoon. According to the staff at McLean's and to Dr. Ball, he is no longer actively suicidal, and can safely be released to Mrs. Kamen's home. The discharge plan is that he will live with Mrs. Kamen, and will see Dr. Carol Ball two times per week. Pretrial Services has been notified.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,

   /s/ Charles W. Rankin
Charles W. Rankin, BBO 411780
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 3, 2006.

   /s/ Charles W. Rankin
Charles W. Rankin