```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES  )<br>  )<br>         v.        )<br>  )<br>DANIEL KAMEN,      )<br>         Defendant. )<br>  ) | CRIMINAL 04-10384-PBS |

## MEMORANDUM AND ORDER

January 19, 2007

Saris, U.S.D.J.

Pursuant to Fed. R. Crim. P. 33, I **ALLOW** defendant's motion for a new trial in the interest of justice. After a review of the evidence, the stipulation, the jury question and the caselaw, I conclude that as a matter of law and discretion, I should have given the requested instruction on the lesser-included offense of knowing possession of child pornography for the reasons stated at the hearing. I **DENY** the defendant's motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29(c). Defendant has filed a motion to vacate the receipt conviction and to enter a judgment of guilty on the lesser included offense of possession. I defer ruling on this motion because I need oral argument and better briefing from the parties in light of my other two rulings. A full written opinion will issue if necessary.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge