UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-CR-10384-PBS

UNITED STATES

v.

DANIEL KAMEN

**MOTION TO RESCHEDULE HEARING ON
GOVERNMENT'S MOTION FOR RECONSIDERATION OF
THIS COURT'S JANUARY 19, 2007 MEMORANDUM AND ORDER**

The defendant Daniel Kamen moves that the Court reschedule the hearing on the Government's Motion for Reconsideration of the Court's order granting anew trial. The motion is presently scheduled to be heard on March 29 at 2 p.m. The government joins in this request. In support of this motion, defendant states:

1.  Undersigned counsel is scheduled to be on trial in Suffolk Superior Court between March 27 and April 3. Commonwealth v. Thomas Porro, No. 05-10538. Assistant U.S. Attorney Paul Moore is scheduled to be on trial before Judge Saylor between April 2 and April 13. Counsel for both parties are available on April 16 or thereafter.

Respectfully submitted,
**DANIEL KAMEN**
By his attorneys,


/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO No. 411780
Michelle Menken, BBO No. 644537
Rankin & Sultan
151 Merrimac Street
Boston, MA 02114
617-720-0011


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 19, 2007.

/s/ Charles W. Rankin
_____
Charles W. Rankin