**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10384-PBS |
| | ) | |
| DANIEL KAMEN, | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF RANDALL E. KROMM**

Please enter and add the appearance of Assistant U.S. Attorney Randall E. Kromm for the United States of America in the above-captioned matter.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

            By:   /s/ Randall E. Kromm
                     Randall E. Kromm
                     Assistant U.S. Attorney
                     1 Courthouse Way, Suite 9200
                     Boston, MA 02210
Date: March 20, 2007         (617) 748-3100

CERTIFICATE OF SERVICE

Suffolk, ss.                                                                 Boston, Massachusetts
                                                                             March 20, 2007

    I, Randall E. Kromm, Assistant U.S. Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 20, 2007.

                                                              /s/ Randall E. Kromm
                                                              Randall E. Kromm
                                                              Assistant U.S. Attorney