UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

No. 04-CR-10384-PBS

---

UNITED STATES

v.

DANIEL KAMEN

---

**MOTION TO APPOINT COUNSEL**

The defendant Daniel Kamen moves that the Court enter an order appointing Charles W. Rankin to represent him under the terms of the Criminal Justice Act. In support of this motion, the defendant states:

1. Undersigned counsel has represented the defendant as retained counsel since September 2005. The representation has included a trial and post-trial proceedings. At this time, the Government is deciding whether to appeal the Court's order granting the defendant a new trial.

2. To date, the defendant's legal fees have been paid by the defendant's mother. Ms. Kamen is a person of modest means, and has been using money intended for retirement to pay for this representation. She works as a music teacher. If she continues paying for counsel, she will have to consider selling the family home.

3. The defendant qualifies for appointed counsel. His completed financial affidavit is attached. Counsel is willing to accept an appointment, and it is in the interests of justice that the representation continue uninterrupted.

> Respectfully submitted,
> **DANIEL KAMEN**
> By his attorneys,
>
> /s/ Charles W. Rankin
> _____
> Charles W. Rankin, BBO No. 411780
> Michelle Menken, BBO No. 644537
> Rankin & Sultan
> 151 Merrimac Street
> Boston, MA 02114
> 617-720-0011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 15, 2007.

> /s/ Charles W. Rankin
> _____
> Charles W. Rankin

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____   FOR _____   AT _____   LOCATION NUMBER _____

PERSON REPRESENTED (Show your full name): **Daniel Matthew Kamen**

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →):  ☒ Felony   ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____   SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____   DESCRIPTION _____

## OBLIGATIONS & DEBTS

MARITAL STATUS: ✓ SINGLE  ___ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  | Bank Card | $4,000 | $200 |
|  | Prescriptions | $200 | $200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **May 10, 2007**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Daniel Matthew Kamen*