UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | CRIMINAL 04-10384-PBS |
| DANIEL KAMEN, | ) | |
| Defendant. | ) | |

**ORDER**

May 18, 2007

Saris, U.S.D.J.

    Upon consideration, I **ALLOW** the Government's Motion for an Order establishing that the 30-day period for the government to file a notice of appeal from the Court's new trial orders will not begin until the court issues its written opinion. I hereby rule that my April 30, 2007 order denying reconsideration will not be final for purposes of appeal until I issue a written opinion on the order and the opinion is entered on the docket. Accordingly, the government shall have 30 days from the date this written order is entered on the docket in which to file a timely notice of appeal.

                                             **S/PATTI B. SARIS**
                                             United States District Judge