# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The image of this document is not viewable because it is either SEALED or filed EX PARTE.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 JUN 19  A 11: 53

DISTRICT COURT
DISTRICT OF MASS.

No. 04-CR-10384-PBS

UNITED STATES

v.

DANIEL KAMEN

**EX PARTE MOTION FOR PAYMENT OF
$250.00 FOR SERVICES OF PSYCHOLOGIST**

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), the defendant Daniel Kamen moves the Court for an order permitting psychologist Carol J. Ball, Ph.D., to receive payment of a total of $250.00 for the preparation of a report used to persuade the Court to modify the defendant's release conditions. In support of this motion, the defendant states:

1. The defendant filed a motion seeking a modification of the defendant's release conditions so that he could be outside the home without a family member between noon and 8 p.m., and so that he could travel with his mother to California and Washington state in late June and early July. The pretrial services officer expressed concern about the second part of the motion because the defendant has been on electronic monitoring and normally such individuals are not allowed to travel out of state. Counsel needed to obtain a report from Dr. Ball, who has treated the defendant for over two years, in order to convince pretrial services and the Court that this relief was appropriate. Dr. Ball prepared such a report, and Magistrate Judge Bowler allowed the motion and ordered that the defendant no longer be subject to

      electronic monitoring.

2.    Because of the short time frame, counsel did not have time to seek advance approval for securing Dr. Ball's report at government expense.

3.    Copies of Dr. Ball's bill, and a completed Form CJA 21, are attached.

                                                       Respectfully submitted,
                                                       **DANIEL KAMEN**
                                                       By his attorneys,

                                                       /s/ Charles W. Rankin

                                                       Charles W. Rankin, BBO No. 411780
                                                       Michelle Menken, BBO No. 644537
                                                       Rankin & Sultan
                                                       151 Merrimac Street
                                                       Boston, MA 02114
                                                       617-720-0011

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Daniel Kamen | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 04-10384-PBS | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) US v Daniel Kamen | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | 10. REPRESENTATION TYPE (See Instructions) CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 USC 2252 - Receipt of Child Pornography

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney _CWR_    Date 6-17-07
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Charles W. Rankin, Rankin & Sultan, 151 Merrimac St, Boston 02114
Telephone Number: 617-720-0011

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
Prepare report of psychologist to modify release conditions

14. TYPE OF SERVICE PROVIDER
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☒ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services (See Instructions)
24 ☐ Other (Specify)

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $250.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS CLAIMED AND ADJUSTED** | | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Carol J. Ball, Ph.D, 22 Mill St, Arlington, MA 02476
TIN: 043128827
Telephone Number: 781-643-0610

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 6/11/2007 TO 6/12/2007

CLAIM STATUS  ☒ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _Carol Ball_    Date 6-13-2007

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _CWR_    Date 6-18-07

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer    Date    Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate)    Date    Judge Code



NEW ENGLAND FORENSIC ASSOCIATES

22 Mill Street, Suite 306
Arlington, MA 02476-4744
Tel: 781 643 0610
Fax: 781 643 1609
e-mail: NEFA@nefacorp.com

June 13, 2007

*Co-Founders*
Carol J. Ball, Ph.D.
Theoharis K. Seghorn, Ph.D.

# STATEMENT

*Forensic Psychologist*
Barbara Schwartz, Ph.D.

For Services Rendered: DANIEL KAMEN

*Assistant Clinical Director*
Ruth Lewis, Ph.D.

| Service | Fee |
|---|---|
| Letter to Court by Carol J. Ball, Ph.D at request of Attorney Charles Rankin  June 11, 2007 | $250.00 |

*Associates*
Joel T. Andrade, LICSW
Carlos Davila, Ed.D.
Nancy E. DiZio, LMHC
Steven A. Hughes, Ed.D.
Leo D. Keating, LICSW
Joseph P. Stets, M.A.
Denise M. Stack, M.A.

EMP. ID# 04-3128877