UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 04-10384-PBS** |
| ) | |
| **DANIEL KAMEN,** ) | |
| Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Saris, J.) January 19, 2007 Memorandum and Order granting defendant Daniel Kamen's motion for a new trial, and from its June 12, 2007 Memorandum and Order (docketed on June 12, 2007), which order denied the government's motion for reconsideration and granted the defendant's motion for a new trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Randall E, Kromm
RANDALL E. KROMM
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on June 20, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Randall E, Kromm
RANDALL E. KROMM
Assistant U.S. Attorney