UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10384

United States of America

v.

Daniel Kamen

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 3-40, 42-91, 93, 94, 98-110

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/20/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 2, 2007.

Sarah A. Thornton, Clerk of Court

By: 

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7-3-7 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

CM/ECF - USDC Massachusetts - Version Document Docket Report Filed 07/03/2007 Page 1 of 17
Case 1:04-cr-10384-PBS Document 152 Filed 07/03/2007 Page 1 of 17

APPEAL, M G

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10384-PBS All Defendants

Case title: USA v. Kamen

Date Filed: 12/22/2004

Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Marianne B. Bowler

**Defendant**

**Daniel Kamen** (1)    represented by **Charles W. Rankin**
Rankin & Sultan
151 Merrimac Street
Second Floor
Boston, MA 02114-4717
617-720-0011
Fax: 617-742-0701
Email: crankin@rankin-sultan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Peter T. Elikann**
Law Offices of Peter Elikam
Suite 6
93 Beacon Street
Boston, MA 02108
617-742-9462
Fax: 617-227-5403
Email: peter@elikann.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:2251 (a)(2)-RECEIPT OF CHILD PORNOGRAPHY
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA     represented by **Dena T. Sacco**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3304
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Moore**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3700
Fax: 617-748-3951
Email: paul.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall E. Kromm**
United States Attorney's Office
Suite 9200
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02210-2600
617-748-3100
Fax: 617-748-3951
Email: randall.kromm@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2004 | 1 | SEALED INDICTMENT as to Daniel Kamen (1) count(s) 1. (Diskes, Sheila) Additional attachment(s) added on 6/17/2005 (Diskes, Sheila). (Entered: 12/23/2004) |
| 12/22/2004 | 2 | MOTION to Seal Case as to Daniel Kamen by USA. (Diskes, Sheila) (Entered: 12/23/2004) |
| 12/22/2004 |  | Judge Lawrence P. Cohen : electronic ORDER entered granting [2] Motion to Seal Case as to Daniel Kamen (1) (Diskes, Sheila) (Entered: 12/23/2004) |
| 12/22/2004 |  | Arrest Warrant Issued as to Daniel Kamen. (Diskes, Sheila) (Entered: 12/23/2004) |
| 12/22/2004 | 3 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: Pretrial as to Daniel Kamen (Diskes, Sheila) Additional attachment(s) added on 6/17/2005 (Diskes, Sheila). (Entered: 12/23/2004) |
| 12/28/2004 | 4 | Magistrate Judge Lawrence P. Cohen : ORDER of Release on Condition entered as to Daniel Kamen (Cohen, Lawrence) Additional attachment(s) added on 12/28/2004 (Cohen, Lawrence). Modified on 12/29/2004 (Simeone, Maria). (Entered: 12/28/2004) |
| 12/28/2004 | 5 | MOTION to Unseal Case as to Daniel Kamen by USA. (Smith3, Dianne) (Entered: 12/28/2004) |
| 12/28/2004 |  | Judge Lawrence P. Cohen : Endorsement on motion ORDER entered granting 5 Motion to Unseal Case as to Daniel Kamen (1) (Smith3, Dianne) (Entered: 12/28/2004) |
| 12/28/2004 | 6 | Magistrate Judge Lawrence P. Cohen : ORDER entered INITIAL SCHEDULING ORDER as to Daniel Kamen Initial Status Conference set for 2/8/2005 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen.* * Inasmuch as this initial status conference is scheduled after the undersigned judicial officer retires, counsel for the parties shall consult with Judge Swartwood's session to determine the exact date, time, and location of the Initial Status Conference (Cohen, Lawrence) Additional attachment(s) added on 12/28/2004 (Cohen, Lawrence). Modified on 12/29/2004 (Simeone, Maria). (Entered: 12/28/2004) |
| 12/28/2004 | 7 | Magistrate Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Daniel Kamen Time excluded from 12/28/04 until 1/25/05. (Cohen, Lawrence) Modified on 12/29/2004 (Simeone, Maria). (Entered: 12/28/2004) |
| 12/28/2004 |  | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment, Initial Appearance as to Daniel Kamen held on 12/28/2004, Plea entered by Daniel Kamen (1) Count 1. by Daniel Kamen Not Guilty on all counts. Dena Sacco for Govt; Peter Elikann for deft; court states charges; govt states maximum penalties; Court reads |

| | | |
|---|---|---|
| | | deft rights and charges; deft is arraigned and pleads not guilty; counsel agree to go ahead with detention; Govt calls first witness; witness sworn and examined; witness cross examined; no evidence to be presented by either counsel; govt moves for detention; defense moves for release on conditions; matter taken under advisement. (Court Reporter digital.) (Simeone, Maria) (Entered: 12/28/2004) |
| 12/28/2004 | 8 | EXHIBIT LIST AS TO Daniel Kamen (Simeone, Maria) (Entered: 12/28/2004) |
| 12/28/2004 | | Set Release Hearing as to Daniel Kamen : Release Hearing set for 12/29/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 12/28/2004) |
| 12/29/2004 | 9 | Judge Lawrence P. Cohen : AMENDED MEMORANDUM AND ORDER entered RE: GOVERNMENTS MOTION FOR DETENTION as to Daniel Kamen (Simeone, Maria) (Entered: 12/30/2004) |
| 12/30/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Release Hearing as to Daniel Kamen held on 12/30/2004 ;Ann Taylor for Govt; Peter Elikann for deft; Chris Wylie for pretrial; Court orders deft released on conditions to 3rd party custodian on electronic monitoring; please see order setting conditions of release; (Court Reporter digital.) (Simeone, Maria) (Entered: 12/30/2004) |
| 12/30/2004 | 10 | Magistrate Judge Lawrence P. Cohen : ORDER entered ORDER Setting Conditions of Release as to Daniel Kamen (1) 250,000 unsecured bond. (Simeone, Maria) Modified on 1/6/2005 (Simeone, Maria). (Entered: 12/30/2004) |
| 12/30/2004 | 11 | Appearance Bond Entered as to Daniel Kamen in amount of $ 250,000. (Simeone, Maria) (Entered: 12/30/2004) |
| 12/30/2004 | 12 | Arrest Warrant Returned Executed on 12/28/04 as to Daniel Kamen. (Patch, Christine) (Entered: 01/05/2005) |
| 01/10/2005 | | Case as to Daniel Kamen no longer referred to Magistrate Judge Lawrence P. Cohen. (Hurley, Virginia) (Entered: 01/10/2005) |
| 03/02/2005 | 13 | Judge Patti B. Saris : Electronic ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: All pretrial pending the appointment of the New Magistrate Judge as to Daniel Kamen (Simeone, Maria) (Entered: 03/02/2005) |
| 03/03/2005 | | Set/Reset Hearings for Daniel Kamen: Initial status conference set for 3/10/2005 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 03/03/2005) |
| 03/07/2005 | 14 | JOINT REPORT Under Rule 116.5 (A) by Daniel Kamen, USA as to Daniel Kamen (Barrette, Mark) (Entered: 03/10/2005) |
| 03/10/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial status conference for Daniel Kamen held on 3/10/2005; Ann Taylor for the govt. and Peter Elikann for the deft.; |

| | | |
|---|---|---|
| | | Counsel for the deft. requests additional time and the govt. is amenable the request; An interim status conference is set for 4/28/2005 at 2:30 PM The parties agree to exclude the time from today to 4/28/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital (Saccoccio, Dianalynn) (Entered: 03/11/2005) |
| 03/14/2005 | 15 | Assented to MOTION for Excludable Delay from December 28, 2004 to April 28, 2005 as to Daniel Kamen by USA. (Patch, Christine) (Entered: 03/18/2005) |
| 03/21/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 15 Motion to Exclude as to Daniel Kamen(1). (Bowler, Marianne) (Entered 03/21/2005) |
| 04/27/2005 | 16 | First MOTION to Continue *status conference* as to Daniel Kamen. (Sacco, Dena) (Entered: 04/27/2005) |
| 04/28/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 16 Motion to Continue as to Daniel Kamen(1). (Bowler, Marianne) (Entered: 04/28/2005) |
| 04/28/2005 | | Set/Reset Hearings for Daniel Kamen: Interim status conference reset for 5/31/2005 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 04/28/2005) |
| 05/09/2005 | | Set/Reset Hearings for Daniel Kamen: Interim status conference set for 5/26/2005 at 2:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; PLEASE NOTE: DATE AND TIME CHANGE. (Saccoccio, Dianalynn) (Entered: 05/09/2005) |
| 05/26/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interim status conference for Daniel Kamen held o 5/26/2005; Antoinette Leoney for Dena Sacco for the govt. and Peter Elikann for the deft.; Counsel for the deft. requests that a final status conference is scheduled 30 days from today to determine if there is further discovery needed and the govt. is amenable to the request; A final status conference set for 6/27/2005 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; The parties agree to exclude the time from today 6/27/2005 and the govt. will file an assented to motion t exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/31/2005) |
| 06/01/2005 | 17 | Assented to MOTION for Excludable Delay from May 26, 2005 to June 27, 2005 as to Daniel Kamen by USA. (Sacco, Dena) (Entered: 06/01/2005) |
| 06/02/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 17 Motion to Exclude as to Daniel Kamen(1). (Bowler, Marianne) (Entered: 06/02/2005) |
| 06/09/2005 | 18 | NOTICE OF ATTORNEY APPEARANCE Paul R. Moore appearing for USA. (Moore, Paul) (Entered: 06/09/2005) |
| 06/27/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge |

| | | |
|---|---|---|
| | | Marianne B. Bowler: Final status conference for Daniel Kamen held on 6/27/2005; Paul Moore for the govt. and Peter Elikann for the deft.; Parties state that there is oustanding discovery remaining in this case and counsel for the deft. also states that new counsel may be filing an appearance in the case and requests a further status conference approximately 30 days from today; A further status conference is set for 7/27/2005 at 2:30 PM; Parties agree to exclude the time from today to 7/27/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/27/2005) |
| 06/29/2005 | 19 | NOTICE of Withdrawal of Appearance in case as to Daniel Kamen. Attorney Dena T. Sacco terminated. (Sacco, Dena) (Entered: 06/29/2005) |
| 07/27/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Daniel Kamen held on 7/27/2005; Paul Moore for the govt. and Peter Elikann for the deft.; The parties address the court and state that discovery is not complete; Charle Rankin also present, addresses the court; A further status conference is set for 9/9/2005 at 2:30 PM; The parties agree to exclude the time from today to 9/9/2005 and the govt. will file an assented to motion to exclud the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/27/2005) |
| 07/27/2005 | 20 | Assented to MOTION for Excludable Delay from July 28, 2005 to September 9, 2005 as to Daniel Kamenby USA. (Moore, Paul) (Entered: 07/27/2005) |
| 07/28/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 20 Motion to Exclude as to Daniel Kamen(1). (Bowler, Marianne) (Entered 07/28/2005) |
| 07/28/2005 | 21 | Assented to MOTION for Excludable Delay from June 27, 2005 to July 27, 2005 as to Daniel Kamenby USA. (Moore, Paul) (Entered: 07/28/2005) |
| 07/29/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 21 Motion to Exclude as to Daniel Kamen(1). (Bowler, Marianne) (Entered 07/29/2005) |
| 08/23/2005 | 22 | MOTION to Modify Conditions of Release as to Daniel Kamen. (Elikann, Peter) (Entered: 08/23/2005) |
| 08/30/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 22 Motion to Modify Conditions of Release as to Daniel Kamen(1). (Bowler, Marianne) (Entered: 08/30/2005) |
| 09/07/2005 | 23 | NOTICE OF ATTORNEY APPEARANCE: Charles W. Rankin appearing for Daniel Kamen (Rankin, Charles) (Entered: 09/07/2005) |
| 09/09/2005 | | Electronic clerk's notes for proceedings held before Judge Magistrate Marianne B. Bowler:Further status conference for Daniel Kamen held on 9/9/2005; Paul Moore for the govt., Charles Rankin and Peter Elikann for the deft.; Counsel for the deft. requests an extention of time to review status of the case; A further status conference is set for 10/24/05 at 2:30 |

| | | |
|---|---|---|
| | | PM; Parties agree to exclude the time from today to 10/24/05 and the govt. will file an assented to motion to exclude the time. (Digital) (Filo, Jennifer) (Entered: 09/09/2005) |
| 09/09/2005 | 24 | Assented to MOTION for Excludable Delay from September 9, 2005 to October 24, 2005 as to Daniel Kamen by USA. (Moore, Paul) (Entered: 09/09/2005) |
| 09/09/2005 | 25 | Joint Memorandum regarding Final Status Conference as to Daniel Kamen filed in open court. (Filo, Jennifer) (Entered: 09/09/2005) |
| 09/10/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 24 Motion to Exclude as to Daniel Kamen(1). (Bowler, Marianne) (Entered: 09/10/2005) |
| 10/24/2005 | 26 | Assented to MOTION for Excludable Delay from October 25, 2005 to December 19, 2005 as to Daniel Kamen by USA. (Moore, Paul) (Entered: 10/24/2005) |
| 10/24/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Daniel Kamen held o 10/24/2005; Paul Moore for the govt., Charles Rankin and Peter Elikann for the deft.; The parties report the status of the case and request a continuance; The deft. reports to the court that a motion to suppress may be filed; The parties agree to exclude the time and the govt. will file an assented to motion to exclude time forthwith; The courts sets a further status conference for 12/19/2005 at 2:30 PM before Magistrate Judge Bowler. (Filo, Jennifer) (Entered: 10/25/2005) |
| 10/24/2005 | 28 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Daniel Kamen (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | 27 | NOTICE *of Change of Address of Counsel* by Daniel Kamen (Rankin, Charles) (Entered: 10/25/2005) |
| 10/25/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 26 Motion to Exclude as to Daniel Kamen(1). (Bowler, Marianne) (Entered: 10/25/2005) |
| 12/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to Daniel Kamen held on 12/19/2005. AUSA Paul Moore for the Govt.; Peter Elikann for the Deft. Further Status Conference is set for 2/6/2006 at 2:30 PM. The parties agree to exclude the time from this day until the next hearing; the Govt. will file an assented to motion to exclude such time forthwith. (Duffy, Marc) (Entered: 12/19/2005) |
| 12/19/2005 | 29 | Joint Memorandum for Status Conference as to Daniel Kamen filed in open court (Duffy, Marc) (Entered: 12/19/2005) |
| 12/19/2005 | 30 | Assented to MOTION for Excludable Delay from December 20, 2005 to up to and including February 6, 2006 as to Daniel Kamen by USA. (Moore, Paul) (Entered: 12/19/2005) |
| | | |

| | | |
|---|---|---|
| 12/20/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 30 Motion to Exclude as to Daniel Kamen(1). (Bowler, Marianne) (Entered: 12/20/2005) |
| 02/06/2006 | 31 | MOTION for Discovery as to Daniel Kamen. (Rankin, Charles) (Entered: 02/06/2006) |
| 02/06/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to Daniel Kamen held on 2/6/2006. AUSA Moore for the Govt. and Attorney Rankin for the Deft. A Motion Hearing on 31 is set for 2/13/2006 at 10:30 AM. (Duffy, Marc) (Entered: 02/06/2006) |
| 02/08/2006 | 32 | RESPONSE to Motion by USA as to Daniel Kamen re 31 MOTION for Discovery (Moore, Paul) (Entered: 02/08/2006) |
| 02/13/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing as to 31 MOTION for Discovery held on 2/13/2006. AUSA Moore the Govt. and Attorneys Rankin and Elikann for the Deft. Oral argument on the motion is heard by the Court and a deadline of 3/17/2006 is set for Deft.'s motion to suppress. (Duffy, Marc) (Entered: 02/13/2006) |
| 02/13/2006 | 33 | Judge Marianne B. Bowler: ORDER entered. MEMORANDUM AND ORDER RE: DEFENDANT'S MOTION FOR DISCOVERY, #31. Granting in part and denying in part 31 Motion for Discovery as to Daniel Kamen. (Feeney, Eileen) (Entered: 02/13/2006) |
| 03/07/2006 | 34 | NOTICE *Government's Summary Of Testimony To Be Offered Under Fed.R.Evid. 702* by USA as to Daniel Kamen (Moore, Paul) (Entered: 03/07/2006) |
| 03/07/2006 | 35 | NOTICE *Government's Further Summary of Testimony To Be Offered Under Fed.R.Evid. 702* by USA as to Daniel Kamen (Moore, Paul) (Entered: 03/07/2006) |
| 03/17/2006 | 36 | MOTION to Suppress as to Daniel Kamen. (Rankin, Charles) (Entered: 03/17/2006) |
| 03/17/2006 | 37 | MEMORANDUM in Support by Daniel Kamen re 36 MOTION to Suppress (Attachments: # 1 Exhibit Ex. 1 - Application for Search Warrant# 2 Exhibit Ex. 2 - Schedule A to application# 3 Exhibit Ex. 3 - Affidavit in support of search warrant# 4 Exhibit Ex. 4 - Search Warrant# 5 Exhibit Ex. 5 - Case Summary Report# 6 Exhibit Ex. 6 - Memorandum of Interview)(Rankin, Charles) (Entered: 03/17/2006) |
| 03/20/2006 | 38 | NOTICE OF HEARING ON MOTION as to Daniel Kamen. Hearing on 36 MOTION to Suppress set for 4/28/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/20/2006) |
| 03/20/2006 | 39 | NOTICE OF RESCHEDULED HEARING. The Motion Hearing re 36 Motion to Suppress previously scheduled for April 28, 2006, has been rescheduled to April 10, 2006, at 3:00 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/20/2006) |

| | | |
|---|---|---|
| 03/20/2006 | ●40 | NOTICE *Government's Motion To Reschedule Hearing To A Date Either Before April 27, 2006 or After May 13, 2006* by Daniel Kamen (Moore, Paul) (Entered: 03/20/2006) |
| 03/20/2006 | ●41 | MOTION to Reschedule Hearing to a Date Either Before April 27, 2006 or After May 13, 2006 as to Daniel Kamenby USA. Re-entered by court staff to correct data entry error.(Patch, Christine) Modified on 3/23/2006 (Patch, Christine). (Entered: 03/23/2006) |
| 03/21/2006 | ● | Judge Patti B. Saris: Electronic ORDER entered allowing 40 NOTICE Government's Motion To Reschedule Hearing To A Date Either Before April 27, 2006 or After May 13, 2006 by Daniel Kamen. (Alba, Robert) (Entered: 03/21/2006) |
| 03/23/2006 | ● | Notice of correction to docket made by Court staff. Correction: Document No. 40 corrected because: it was filed using the incorrect event. Please refer to Document No. 41 for corrected filing as to Daniel Kamen (Patch, Christine) (Entered: 03/23/2006) |
| 03/30/2006 | ●42 | RESPONSE to Motion by USA as to Daniel Kamen re 36 MOTION to Suppress *Evidence* (Attachments: # 1)(Moore, Paul) (Entered: 03/30/2006) |
| 04/05/2006 | ●43 | REPLY TO RESPONSE to Motion by Daniel Kamen re 36 MOTION to Suppress (Attachments: # 1 Exhibit Excerpt of Brief for the United States in US v. Grubbs)(Rankin, Charles) (Entered: 04/05/2006) |
| 04/10/2006 | ● | ElectronicClerk's Notes for proccedings held before Judge Patti B. Saris:Motion Hearing as to Daniel Kamen held on 4/10/2006 re 36 MOTION to Suppress filed by Daniel Kamen. Court hears argument of counsel. Government to file a reply by 4/14/06. Final Pretrial Conference set for 9/13/2006 at 2:00 PM. Jury Trial set for 9/18/2006 at 9:00 AM. Parties to submit Pretrial Order to Court for signature.(Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 04/10/2006) |
| 04/13/2006 | ●44 | SUR-REPLY to Motion by USA as to Daniel Kamen re 36 MOTION to Suppress (Moore, Paul) (Entered: 04/13/2006) |
| 04/16/2006 | ●45 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Daniel Kamen Jury Trial set for 9/18/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 9/13/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 04/20/2006) |
| 06/20/2006 | ●46 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER as to Daniel Kamen denying 36 Motion to Suppress. (Patch, Christine) (Entered: 06/21/2006) |
| 06/29/2006 | ●47 | Proposed Voir Dire by USA as to Daniel Kamen (Moore, Paul) (Entered: 06/29/2006) |
| 06/29/2006 | ●48 | EXHIBIT/WITNESS LIST by USA as to Daniel Kamen (Moore, Paul) (Entered: 06/29/2006) |

| | | |
|---|---|---|
| 06/29/2006 | 49 | EXHIBIT/WITNESS LIST by USA as to Daniel Kamen (Moore, Paul) (Entered: 06/29/2006) |
| 06/30/2006 | 50 | Proposed Jury Instructions by USA as to Daniel Kamen (Moore, Paul) (Entered: 06/30/2006) |
| 07/10/2006 | 51 | MOTION for Reconsideration re 46 Memorandum Opinion, Terminate Motions as to Daniel Kamen. (Rankin, Charles) (Entered: 07/10/2006) |
| 07/10/2006 | 52 | MEMORANDUM in Support by Daniel Kamen re 51 MOTION for Reconsideration re 46 Memorandum Opinion, Terminate Motions (Rankin, Charles) (Entered: 07/10/2006) |
| 07/17/2006 | 53 | RESPONSE to Motion by USA as to Daniel Kamen re 51 MOTION for Reconsideration re 46 Memorandum Opinion, Terminate Motions (Moore, Paul) (Entered: 07/17/2006) |
| 08/30/2006 | 54 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER as to Daniel Kamen denying Motion for Reconsideration. (Patch, Christine) (Entered: 08/30/2006) |
| 09/08/2006 | 55 | MOTION to Continue to 12/11/2006 to Trial as to Daniel Kamen. (Attachments: # 1 Exhibit Dr. Goldstein records)(Rankin, Charles) (Entered: 09/08/2006) |
| 09/12/2006 | 56 | RESPONSE to Motion by USA as to Daniel Kamen re 55 MOTION to Continue to 12/11/2006 to Trial (Moore, Paul) (Entered: 09/12/2006) |
| 09/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Daniel Kamen held on 9/13/2006. Court and counsel discuss defendant's motion to continue trial. Defense counsel to inform Court as to expert witness' schedule, then trial will be rescheduled to either October 23, or 30. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 09/13/2006) |
| 09/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 55 Motion to Continue Trial Date as to Daniel Kamen (1). "Allowed until 10/23 or 10/30. All time excluded under the Speedy Trial Act." (Patch, Christine) (Entered: 09/14/2006) |
| 10/05/2006 | 57 | STATUS REPORT re *Trial Date* by Daniel Kamen (Rankin, Charles) (Entered: 10/05/2006) |
| 10/11/2006 | 58 | NOTICE OF RESCHEDULED JURY TRIAL as to Daniel Kamen. At the request of the defendant, the Jury Trial has been rescheduled to October 30, 2006, at 9:00 a.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 10/11/2006) |
| 10/26/2006 | 72 | Judge Patti B. Saris : ORDER entered. AMENDED ORDER Setting Conditions of Release as to Daniel Kamen. (Patch, Christine) (Entered: 10/31/2006) |
| 10/27/2006 | 59 | Proposed Jury Instructions by USA as to Daniel Kamen (Moore, Paul) (Entered: 10/27/2006) |

| 10/27/2006 | 60 | EXHIBIT/WITNESS LIST by Daniel Kamen (Rankin, Charles) (Entered: 10/27/2006) |
|---|---|---|
| 10/30/2006 | 61 | MOTION to Strike *"Notice of Additional Factors" and "Forfeiture Allegation" from Indictment* as to Daniel Kamen. (Rankin, Charles) (Entered: 10/30/2006) |
| 10/30/2006 | 62 | Proposed Voir Dire by Daniel Kamen (Rankin, Charles) (Entered: 10/30/2006) |
| 10/30/2006 | 63 | MOTION Request for Individual Voir Dire Regarding Nature of the Charges as to Daniel Kamen. (Rankin, Charles) (Entered: 10/30/2006) |
| 10/30/2006 | 64 | TRIAL BRIEF by Daniel Kamen (Attachments: # 1 Proposed Stipulation)(Rankin, Charles) (Entered: 10/30/2006) |
| 10/30/2006 | 65 | MOTION in Limine as to Daniel Kamen. (Rankin, Charles) (Entered: 10/30/2006) |
| 10/30/2006 | 66 | EXHIBIT/WITNESS LIST by Daniel Kamen (Rankin, Charles) (Entered: 10/30/2006) |
| 10/30/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Voir Dire held on 10/30/2006 as to Daniel Kamen. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/30/2006) |
| 10/30/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day One as to Daniel Kamen held on 10/30/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/30/2006) |
| 10/30/2006 | 67 | TRIAL BRIEF by USA as to Daniel Kamen (Moore, Paul) (Entered: 10/30/2006) |
| 10/30/2006 | 69 | Response to Defendant's Assertion as to Knowledge Element as to Daniel Kamen. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 10/31/2006) |
| 10/30/2006 | 71 | MOTION for a Required Finding as to Daniel Kamen. (Patch, Christine) (Entered: 10/31/2006) |
| 10/31/2006 | 68 | Proposed Jury Instructions by Daniel Kamen (Rankin, Charles) (Entered: 10/31/2006) |
| 10/31/2006 |  | Notice of correction to docket made by Court staff. Correction: Document No. 67 corrected because: it was filed using the incorrect event. Please refer to Document No. 69 for corrected filing as to Daniel Kamen (Patch, Christine) (Entered: 10/31/2006) |
| 10/31/2006 | 70 | MOTION in Limine as to Daniel Kamenby USA. (Moore, Paul) (Entered: 10/31/2006) |
| 10/31/2006 |  | Judge Patti B. Saris : Electronic ORDER entered denying 71 Motion for a Required Finding as to Daniel Kamen (1) (Patch, Christine) (Entered: 10/31/2006) |
|  |  |  |

| 10/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Daniel Kamen held on 10/31/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/31/2006) |
|---|---|---|
| 10/31/2006 | 73 | TRIAL BRIEF by USA as to Daniel Kamen (Moore, Paul) (Entered: 10/31/2006) |
| 10/31/2006 | 74 | Proposed Jury Instructions by Daniel Kamen (Rankin, Charles) (Entered 10/31/2006) |
| 10/31/2006 | 75 | Memorandum regarding In Support of Lesser Included Offense Instruction as to Daniel Kamen (Rankin, Charles) (Entered: 10/31/2006 |
| 10/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Charge Conference as to Daniel Kamen held on 10/31/2006. (Cou Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/31/2006) |
| 10/31/2006 | 77 | Objection as to Daniel Kamen: 68 Proposed Jury Instructions filed by Daniel Kamen,. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 11/01/2006) |
| 10/31/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 70 Motion in Limine as to Daniel Kamen (1). "Denied as untimely and on the merits." (Patch, Christine) (Entered: 11/01/2006) |
| 11/01/2006 | 76 | Proposed Jury Instructions by Daniel Kamen (Rankin, Charles) (Entered 11/01/2006) |
| 11/01/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 73 corrected because: it was filed using the incorrect event. Please refer to Document No. 77 for corrected filing as to Daniel Kamen (Patch, Christine) (Entered: 11/01/2006) |
| 11/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Three as to Daniel Kamen held on 11/1/2006. Jury begins deliberations. Jury excused for the evening, and instructed to return the next day to continue deliberations. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/01/2006) |
| 11/02/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Four as to Daniel Kamen held on 11/2/2006. Jury continues deliberations. Jury returns a verdict. Verdict: guilty. Jury discharged. Defendant to remain on bond pending sentencing. Sentencing set for 2/1/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) Modified on 11/2/2006 to correct date of sentencing. (Alba, Robert). (Entered: 11/02/2006) |
| 11/02/2006 | 78 | COURT'S EXHIBIT LIST for Jury Trial held from 10/30/06 through 11/2/06 as to Daniel Kamen. (Alba, Robert) (Entered: 11/02/2006) |
| 11/02/2006 | 79 | COURT'S WITNESS LIST for Jury Trial held from 10/30/06 through 11/2/06 as to Daniel Kamen. (Alba, Robert) (Entered: 11/02/2006) |
| 11/02/2006 | 80 | JURY VERDICT as to Daniel Kamen (1) Guilty on Count 1. (Patch, |

| | | Christine) (Entered: 11/02/2006) |
|---|---|---|
| 11/02/2006 | 81 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Daniel Kamen Sentencing set for 2/1/2007 02: PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 11/02/2006) |
| 11/02/2006 | 82 | MOTION to Modify Conditions of Release as to Daniel Kamen. (Rankin, Charles) (Entered: 11/02/2006) |
| 11/03/2006 | 83 | RESPONSE to Motion by USA as to Daniel Kamen re 82 MOTION to Modify Conditions of Release (Moore, Paul) (Entered: 11/03/2006) |
| 11/03/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 82 Motion to Modify Conditions of Release as to Daniel Kamen. (Alba, Robert) (Entered: 11/03/2006) |
| 11/03/2006 | 84 | STATUS REPORT by Daniel Kamen (Rankin, Charles) (Entered: 11/03/2006) |
| 11/09/2006 | 85 | MOTION for Acquittal *and Motion for New Trial and Motion for Leave to Submit Supporting Memorandum by December 11, 2006* as to Daniel Kamen. (Rankin, Charles) (Entered: 11/09/2006) |
| 11/09/2006 | 86 | MOTION for Judgment of Acquittal, for New Trial, and for Leave to Submit Supporting Memorandum by December 11, 2006 as to Daniel Kamen. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 11/13/2006) |
| 11/13/2006 | | Motions terminated as to Daniel Kamen: 85 MOTION for Acquittal *and Motion for New Trial and Motion for Leave to Submit Supporting Memorandum by December 11, 2006* filed by Daniel Kamen.. (Patch, Christine) (Entered: 11/13/2006) |
| 11/13/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 85 terminated because: it should have been filed as a multi-relief motion. Please refer to Document No. 86 for correct filing as to Daniel Kamen (Patch, Christine) (Entered: 11/13/2006) |
| 11/13/2006 | | Judge Patti B. Saris : ELECTRONIC ORDER as to Daniel Kamen re 86 MOTION for Judgment of Acquittal, for New Trial and for Leave to Submit Supporting Memorandum by December 11, 2006. "I allow the filing of the memo by 12/11/06." (Patch, Christine) (Entered: 11/13/2006) |
| 11/17/2006 | 87 | STATUS REPORT by Daniel Kamen (Rankin, Charles) (Entered: 11/17/2006) |
| 12/11/2006 | 88 | MEMORANDUM in Support by Daniel Kamen re 86 MOTION for Acquittal MOTION for Leave to File (Rankin, Charles) (Entered: 12/11/2006) |
| 12/20/2006 | 89 | MOTION to Modify Conditions of Release as to Daniel Kamen. (Attachments: # 1 Exhibit Letters of Drs. Ball and Taylor)(Rankin, |

| | | |
|---|---|---|
| | | Charles) (Entered: 12/20/2006) |
| 12/20/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 89 MOTION to Modify Conditions of Release as to Daniel Kamen. (Alba, Robert) (Entered: 12/20/2006) |
| 12/22/2006 | 90 | Opposition by USA as to Daniel Kamen re 86 MOTION for Acquittal MOTION for Leave to File *(Government's Opposition to Defendant Daniel Kamen's Motion for Judgement of Acquittal & Motion for New Trial)* (Moore, Paul) (Entered: 12/22/2006) |
| 01/03/2007 | | ELECTRONIC NOTICE OF MOTION HEARING as to Daniel Kamen.Motion Hearing re 86 Motion for Judgment of Aquittal and for New Trial set for 1/18/2007 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 01/03/2007) |
| 01/18/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Daniel Kamen held on 1/18/2007 re 86 MOTION for Judgment of Acquittal, for New Trial filed by Daniel Kamen. Court sets Status Conference for 3/22/2007 at 3:30 PM. The 2/1/2007 Sentencing is canceled.(Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/18/2007) |
| 01/19/2007 | 91 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER as to Daniel Kamen allowing defendant's motion for a new trial in the interest of justice and denying the defendant's motion for judgment of aquittal. (Patch, Christine) (Entered: 01/19/2007) |
| 02/05/2007 | 92 | TRANSCRIPT of Motion Hearing as to Daniel Kamen held on January 18, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-678 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/05/2007) |
| 02/16/2007 | 93 | MOTION for Reconsideration re 91 Memorandum Opinion as to Daniel Kamenby USA. (Moore, Paul) (Entered: 02/16/2007) |
| 02/23/2007 | 94 | MOTION for Extension of Time to March 12, 2007 to File Response/Reply as to 93 MOTION for Reconsideration re 91 Memorandum Opinion as to Daniel Kamen. (Rankin, Charles) (Entered: 02/23/2007) |
| 02/23/2007 | | Judge Patti B. Saris: Electronic ORDER entered granting 94 MOTION for Extension of Time to March 12, 2007 to File Response/Reply as to 9: MOTION for Reconsideration re 91 Memorandum Opinion as to Daniel Kamen. (Alba, Robert) (Entered: 02/23/2007) |
| 02/26/2007 | 95 | TRANSCRIPT of Jury Trial Day One as to Daniel Kamen held on October 30, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/26/2007) |

| | | |
|---|---|---|
| 02/26/2007 | 96 | TRANSCRIPT of Jury Trial Day Two as to Daniel Kamen held on October 31, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/26/2007) |
| 02/26/2007 | 97 | TRANSCRIPT of Jury Trial Day Three as to Daniel Kamen held on November 1, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/26/2007) |
| 03/12/2007 | 98 | MEMORANDUM in Opposition by Daniel Kamen re 93 MOTION for Reconsideration re 91 Memorandum Opinion (Rankin, Charles) (Entered 03/12/2007) |
| 03/19/2007 | | ELECTRONIC NOTICE OF RESCHEDULED PROCEEDING as to Daniel Kamen. The Status Conference previously set for 3/22/07 has been RESCHEDULED to a Motion Hearing re: 93 MOTION for Reconsideration on 3/29/07 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/19/2007) |
| 03/19/2007 | 99 | MOTION Reschedule Hearing on Motion to Reconsider (Docket entry 93) as to Daniel Kamen. (Rankin, Charles) (Entered: 03/19/2007) |
| 03/19/2007 | | Judge Patti B. Saris: Electronic ORDER entered granting 99 MOTION t Reschedule Hearing on Motion to Reconsider (Docket entry 93) as to Daniel Kamen. "Allowed. The Hearing on Motion for Reconsideration i: further rescheduled to April 30, 2007, at 4:00 p.m." (Alba, Robert) (Entered: 03/19/2007) |
| 03/20/2007 | 100 | NOTICE OF ATTORNEY APPEARANCE Randall E. Kromm appearing for USA. (Kromm, Randall) (Entered: 03/20/2007) |
| 03/21/2007 | | Attorney update in case as to Daniel Kamen. Attorney Randall E. Kromr for USA added. (Patch, Christine) (Entered: 03/21/2007) |
| 04/30/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Daniel Kamen held on 4/30/2007 re 93 MOTION for Reconsideration re 91 Memorandum Opinion filed by USA. Court denies Government's Motion for Reconsideration. Court denies Defense Motion for Directed Verdict. Court sets Status Conference 5/15/2007 at 4:00 PM in Courtroom 19. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 04/30/2007) |
| 05/10/2007 | 101 | RESPONSE TO COURT ORDER by USA as to Daniel Kamen (Kromm Randall) (Entered: 05/10/2007) |
| 05/11/2007 | | Judge Patti B. Saris: Electronic ORDER entered re 101 Response to Court Order filed by USA. "I cancel the status conference, and will issue an opinion, which will be detailed and take time to prepare. The |

| | | |
|---|---|---|
| | | Government shall file a motion to extend time to appeal. I issued detailed findings at the first hearing, but a written opinion would be better." (Alba, Robert) (Entered: 05/11/2007) |
| 05/15/2007 | 102 | MOTION to Appoint Counsel as to Daniel Kamen. (Attachments: # 1 Affidavit Financial Affidavit (CJA 23))(Rankin, Charles) Motions referred to Marianne B. Bowler. (Entered: 05/15/2007) |
| 05/16/2007 | | Judge Patti B. Saris: ElectronicORDER entered allowing 102 MOTION to Appoint Counsel as to Daniel Kamen. (Alba, Robert) (Entered: 05/16/2007) |
| 05/16/2007 | 103 | MOTION FOR ORDER ESTABLISHING THAT 30-DAY PERIOD FOR GOVERNMENT TO FILE NOTICE OF APPEAL FROM NEW TRIAL ORDERS WILL NOT BEGIN UNTIL COURT ISSUES WRITTEN OPINION as to Daniel Kamenby USA. (Attachments: # 1 Text of Proposed Order)(Kromm, Randall) Motions referred to Marianne B. Bowler. (Entered: 05/16/2007) |
| 05/18/2007 | 104 | Judge Patti B. Saris : ORDER entered as to Daniel Kamen granting 103 MOTION FOR ORDER ESTABLISHING THAT 30-DAY PERIOD FOR GOVERNMENT TO FILE NOTICE OF APPEAL FROM NEW TRIAL ORDERS WILL NOT BEGIN UNTIL COURT ISSUES WRITTEN OPINION filed by USA. (Patch, Christine) (Entered: 05/21/2007) |
| 05/21/2007 | 105 | Magistrate Judge Leo T. Sorokin : ORDER entered. CJA 20 as to Daniel Kamen: Appointment of Attorney Charles W. Rankin for Daniel Kamen (Simeone, Maria) Additional attachment(s) added on 5/22/2007 (Simeone, Maria). (Entered: 05/21/2007) |
| 05/21/2007 | | Motions terminated as to Daniel Kamen: 103 MOTION FOR ORDER ESTABLISHING THAT 30-DAY PERIOD FOR GOVERNMENT TO FILE NOTICE OF APPEAL FROM NEW TRIAL ORDERS WILL NOT BEGIN UNTIL COURT ISSUES WRITTEN OPINION filed by USA. (Patch, Christine) (Entered: 05/21/2007) |
| 06/05/2007 | 106 | Assented to MOTION to Modify Conditions of Release as to Daniel Kamen. (Rankin, Charles) Motions referred to Marianne B. Bowler. (Entered: 06/05/2007) |
| 06/06/2007 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Daniel Kamen: Hearing on 106 MOTION to Modify Conditions of Release set for 6/12/2007 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Duffy, Marc) (Entered: 06/06/2007) |
| 06/11/2007 | 107 | MEMORANDUM in Support by Daniel Kamen re 106 Assented to MOTION to Modify Conditions of Release (Attachments: # 1 Exhibit Report of Dr. Carol J. Ball)(Rankin, Charles) (Entered: 06/11/2007) |
| 06/12/2007 | 108 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER as to Daniel Kamen. "The court allows the defendant's Motion for a New Trial but denies the defendant's Motion for a Judgment of Acquittal and |

| | | |
|---|---|---|
| | | denies the defendant's Motion to Vacate the Jury's Verdict and Enter a Judgment of Conviction on the lesser included offense of possession of child pornography [Docket No. 86]. The Court also denies the government's Motion for Reconsideration [Docket No. 93]." (Patch, Christine) (Entered: 06/12/2007) |
| 06/12/2007 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 106 Motion to Modify Conditions of Release as to Daniel Kamen(1), after hearing. (Bowler, Marianne) (Entered: 06/12/2007) |
| 06/12/2007 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B Bowler: Motion Hearing as to Daniel Kamen held on 6/12/2007. AUSA Moore for the Govt. and Attoreny Rankin for the Deft. The Assented to MOTION to Modify Conditions of Release 106 is ALLOWED. (Duffy, Marc) (Entered: 06/13/2007) |
| 06/19/2007 | 109 | Ex Parte MOTION as to Daniel Kamen. (Patch, Christine) Motions referred to Marianne B. Bowler. Additional attachment(s) added on 6/28/2007 (Patch, Christine). (Entered: 06/19/2007) |
| 06/20/2007 | 110 | NOTICE OF APPEAL by USA as to Daniel Kamen re 108 Memorandum Opinion, Terminate Motions,,,, 91 Memorandum Opinion NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/10/2007 (Kromm, Randall) (Entered: 06/20/2007) |
| 06/21/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 109 Ex Parte Motion as to Daniel Kamen (1) (Patch, Christine) (Entered: 06/26/2007) |