## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10384

United States of America

v.

Daniel Kamen

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 3-40, 42-91, 93, 94, 98-110

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/20/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 2, 2007.

Sarah A. Thornton Clerk of Court

By:

*(handwritten)* 69

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7.3.07 .

*(handwritten signature)* JC

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07- 2087

- 3/06