**MANDATE**

# United States Court of Appeals
## For the First Circuit

*[handwritten: 04-10384 USDC/MA P Sarris]*

No. 07-2027

UNITED STATES

Appellant

v.

DANIEL KAMEN

Defendant - Appellee

**JUDGMENT**

Entered: October 9, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 10/9/07

By the Court:
Richard Cushing Donovan, Clerk

**ERIC H. DEININGER**
By: _____
Appeals Attorney

[cc: Damiel Kamen, Randall E. Kromm, AUSA, Paul R. Moore, AUSA, Dina Michael Chaitowitz, AUSA, Charles W. Rankin, Esq.]