UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10384-PBS |
| | ) | |
| | ) | |
| DANIEL KAMEN, | ) | |
|     Defendant | ) | |

## GOVERNMENT'S PROPOSED PROSPECTIVE TRIAL WITNESSES

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully submits the following proposed prospective trial witness list:

1. United States Postal Inspector Scott Kelley.
   Boston, Massachusetts.

2. United States Postal Inspector Richard Irvine
   Boston, Massachusetts.

3. Chelmsford Police Detective Craig Walsh.
   Chelmsford, Massachusetts.

4. United States Postal Inspector Tom Kochman
   Harrisburg, Pennsylvania

4. John Madama, Digital Imaging Specialist (notice provided on 3/7/2006)
   16 Rocky Neck Ave., Gloucester, MA 01930

5. Dr. Celeste R. Wilson, M.D., Pediatric Physician (notice provided on 3/7/2006)
   Children's Hospital-Boston, 300 Longwood Ave., Boston, MA 02115

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

            By:    /s/ Paul R. Moore
                    Paul R. Moore
October 19, 2006                 Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys for defendant and all registered ECF participants, on October 19, 2007, by electronic filing.

            By:    /s/ Paul R. Moore
                    Paul R. Moore
                    Assistant United States Attorney