UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04–10384–PBS |
| | ) | |
| | ) | |
| DANIEL KAMEN, | ) | |
|     Defendant | ) | |

## GOVERNMENT'S PROPOSED LIST OF TRIAL EXHIBITS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List in the above-captioned matter.  The government reserves the right to supplement, modify, or withdraw from this list.

| ID | Exhibit |
|---|---|
| 1. | Copy of written solicitation from undercover inspector to defendant |
| 2. | Copies of mailing envelope, product list and blank order form with disclaimer |
| 3. | Copies of return envelope from defendant to undercover inspector; completed order form with disclaimer; and sixty-five dollars ($65.00) in United States currency |
| 4. | Copies of undercover correspondence; mailing envelopes; product list; blank order form with disclaimer; return envelope from defendant to undercover inspector; completed order form with disclaimer; and sixty-five dollars ($65.00) in United States currency, all initialed by defendant during post-arrest interview |
| 5. | Videotape labeled "Kissing Cousins," taken |

        from defendant's residence

6.      Videotape labeled "Boys will be Boys," taken from defendant's residence

7.      Videotape labeled "Boys and Girls," taken from defendant's residence

8.      Copies of three (3) video tapes and evidence tag

9.      Sworn statement written and signed by defendant after post-arrest interview

10.     Photographs of minors taken during search of defendant's apartment

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant United States Attorney

October 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys for defendant and all other ECF registered participants, on October 19, 2007, by electronic filing.

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant United States Attorney