UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____

CRIMINAL No. 04-10384-PBS
_____

UNITED STATES

v.

DANIEL KAMEN

_____

**JOINT STATUS REPORT
REGARDING TRIAL DATE**

Daniel Kamen, and the United States, by their respective attorneys, file this status report regarding a proposed trial date.

The parties propose that the court schedule the trial to commence on either April 10 or April 3, 2008.  Counsel have conferred with the potential witnesses, and have been assured that these dates are acceptable to all concerned.  The parties would prefer to start on April 10.  If that is not convenient to the court, the parties can also commence on April 3.

        Respectfully submitted,
        **DANIEL KAMEN**
        By his attorneys,

           /s/ Charles W. Rankin
        Charles W. Rankin, BBO 411780
        Michelle Menken
        Rankin & Sultan
        151 Merrimac Street
        Boston, MA 02114
        (617) 720-0011

Michael J. Sullivan
United States Attorney

By:    /s/ Paul R. Moore
_____
Paul R. Moore
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2007.

                                        /s/ Charles W. Rankin
                                        Charles W. Rankin