UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10384-PBS |
| ) | |
| DANIEL KAMEN ) | |

## NOTICE OF APPEARANCE OF LEAH FOLEY

Please enter and add the appearance of Assistant U.S. Attorney Leah Foley for the United States of America in the above-captioned matter.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By:   /s/ Paul R. Moore
                                   Paul R. Moore
                                   Assistant U.S. Attorney
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
Date: March 18, 2008              (617) 748-3100

CERTIFICATE OF SERVICE

Suffolk, ss.                                             Boston, Massachusetts
                                                         March 18, 2008

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 18, 2008.

                                                         /s/ Paul R. Moore
                                                         Paul R. Moore
                                                         Assistant U.S. Attorney