UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.  04-10384-PBS |
| | ) | |
| DANIEL KAMEN | ) | |

NOTICE OF APPEARANCE OF LEAH FOLEY

Please enter and add the appearance of Assistant U.S. Attorney Leah Foley for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Leah Foley
Leah Foley
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Date: March 18, 2008       (617) 748-3100

CERTIFICATE OF SERVICE

Suffolk, ss.                                                                  Boston, Massachusetts
                                                                              March 18, 2008

      I, Leah Foley, Assistant U.S. Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 18, 2008.

                                              /s/ Leah Foley
                                              Leah Foley
                                              Assistant U.S. Attorney