UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-CR-10384-PBS

UNITED STATES

v.

DANIEL KAMEN

**DEFENDANT'S MOTION TO DISMISS INDICTMENT**

The defendant Daniel Kamen hereby moves this Honorable Court to dismiss the indictment against him, as insufficient evidence was presented at his first trial and retrial is barred by the Double Jeopardy Clause. The grounds for this motion are set forth in the Memorandum of Law filed herewith.

                                                    Respectfully submitted,
                                                    **DANIEL KAMEN**
                                                    By his attorneys,

                                                    /s/ Charles W. Rankin

                                                    _____
                                                    Charles W. Rankin, BBO No. 411780
                                                    Michelle Menken, BBO No. 644537
                                                    Jonathan Harwell, BBO No. 662764
                                                    Rankin & Sultan
                                                    151 Merrimac Street
                                                    Boston, MA 02114
                                                    617-720-0011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 22, 2008.

                                                      /s/ Charles W. Rankin
                                                      _____
                                                      Charles W. Rankin